## Clement Reed et al., Appellees, v. Board of Police and Fire Commissioners of the City of Peoria et al., Appellants.

### Gen. No. 9,785.

Heard in this court at May term, 1942; opinion filed September 3, 1942. J. Edward Radley and C. E. McNemar, for appellants; George W. Sprenger, of counsel; Londrigan & Londrigan and Leo F. Cavanaugh, for appellees. Opinion by PRESIDING JUSTICE HUFFMAN. "Not to be published in full."